AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**CRIMINAL COMPLAINT**

**CARLOS ERNESTO BARRETO-SIERRA**
     **alias "Santiago"**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  Beginning on or about October 2004 and continuing until the present in the countries of Colombia, Panama, Nicaragua and elsewhere, the defendant(s) did, (Track Statutory Language of Offense) unlawfully, knowingly, intentionally, combine, conspire, confederate, and agree, to commit the following offenses against the United States:  (1) to knowingly and intentionally import five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from the Republic of Colombia, Panama and/or Nicaragua and elsewhere, in violation of Title 21, United States Code, Sections 952 and 960; (2) to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960.
(All in violation of Title 21, United States Code, Section 963, and Title 18, United States Code, Section 2)

I further state that I am Robert Zachariasiewicz, Special Agent with the U.S. Drug Enforcement Administration , and that this complaint is based on the following facts:

**See Attached Affidavit (under Seal)**

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

James A. Faulkner, 202-306-3683
John Gillies, 703-402-5470
U.S. Department of Justice Trial Attorney
Sworn to before me and subscribed in my presence,

Signature of Complainant

Robert Zachariasiewicz
Special Agent, Drug Enforcement Administration

_____    at    Washington, D.C.
Date                                                                City and State

_____    _____
Name & Title of Judicial Officer                     Signature of Judicial Officer