UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | CASE NO. _____ |
| CARLOS ERNESTO BARRETO-SIERRA | ) | |
| a/k/a "Santiago", | ) | **(UNDER SEAL)** |
| | ) | |
| Defendant. | ) | |

**MOTION TO SEAL**

The United States of America, by and through the undersigned counsel, respectfully

requests that this Court seal the Complaint, Affidavit for the Complaint, the Court's Order, and

this motion. As grounds for the motion, the United States submits the following:

1. The defendant is the subject of an ongoing law enforcement investigation into major

drug trafficking by individuals linked with a terrorist group in the Republic of Colombia. The

investigation is being conducted with the assistance and cooperation of various foreign

law-enforcement authorities, including agents from the Republic of Colombia, the Republic of

Panama, and the Republic of Nicaragua.

2. Disclosure of the facts contained in the Complaint and Affidavit may jeopardize the

safety witnesses and compromise the investigation.

3. As a matter of diplomatic comity, the United States needs to notify the appropriate

foreign officials of the existence of such the Complaint and Affidavit before they become known

to the public. Accordingly, the United States respectfully requests that it be permitted to inform

the proper foreign authorities, including those from the Republics of Colombia, Panama, and

Nicaragua, and the proper authorities of any other country where the defendant may be found, of

the Complaint, Affidavit and the arrest warrant for Carlos Ernesto BARRETO-Sierra a/k/a

"Santiago", and to provide the appropriate foreign authorities with copies of the same.

///

///

///

///

///

///

3.  The United States will move to unseal the Affidavit at the appropriate time.

WHEREFORE, the United States respectfully requests that this Court seal the Complaint,

Affidavit, the Court's Order, and this motion in the above captioned matter.

Respectfully submitted this ___ day of March, 2006.

KENNETH BLANCO, CHIEF
NARCOTIC AND DANGEROUS DRUG SECTION

By: _____
John M. Gillies
Trial Attorney
U.S. Department of Justice
Criminal Division
1400 New York Avenue N.W., Suite 8000
Washington, DC   20005
Tel:  (202) 307-2354
Fax: (202) 514-0483