UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | CASE NO. _____ |
| CARLOS ERNESTO BARRETO-SIERRA | ) | |
| a/k/a "Santiago", | ) | **(UNDER SEAL)** |
| | ) | |
| Defendant. | ) | |

### ORDER TO SEAL

This cause comes before the Court on the Government's Motion to Seal.  Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Complaint in this case, the Affidavit attached to the Complaint, the accompanying Motion to Seal, and this Order be sealed and shall remain sealed in the custody of the clerk of Court until the conclusion of this case or until ordered unsealed by the Court.  However, the United States is permitted to inform the proper foreign authorities, including those from the Republics of Colombia, Panama, and Nicaragua, and the proper authorities of any other country where the defendant may be found, of the Complaint, Affidavit and the arrest warrant for Carlos Ernesto BARRETO-Sierra a/k/a "Santiago", and to provide the appropriate foreign authorities with copies of the same.

**DONE AND ORDERED** in Washington, D.C. this ____ day of March, 2006.


_____
UNITED STATES MAGISTRATE JUDGE