UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| Plaintiff, | ) ) ) | VIOLATIONS: |
| v. | ) ) | 21 U.S.C. § 963 i/c/w |
| HAROL RODRIGO SUAREZ-GARCIA  a/k/a "Jose Luis Herrera", a/k/a  "Chico", a/k/a "Dominick", NESTOR DARIO CASTRO  a/k/a "Alberto", ESTUARDO GONZALEZ  a/k/a "Anthony Camarco" a/k/a  "Compadre", CAESAR RAMIREZ,  a/k/a "Ceasar" a/k/a "Cesar" and CARLOS ERNESTO BARRETO-SIERRA  a/k/a "Santiago", | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 21 U.S.C. §§ 959 and 960 (Conspiracy to Distribute  Five Kilograms or More of Cocaine  Intending and Knowing that the  Cocaine Would Be Unlawfully  Imported into the United States)  18 U.S.C. § 2 (Aiding and Abetting) |
| Defendants. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Beginning on or about October 2004 and continuing up to and including April 5, 2006, in the Republics of Colombia, Panama, and Nicaragua, and elsewhere, the defendants

**HAROL RODRIGO SUAREZ-GARCIA**
**a/k/a "Jose Luis Herrera", a/k/a "Chico", alias "Dominick",**
**NESTOR DARIO CASTRO a/k/a "Alberto",**

**ESTUARDO GONZALEZ a/k/a "Anthony Camarco" a/k/a "Compadre",
CEASAR RAMIREZ a/k/a "Ceasar" a/ka/ "Cesar", and
CARLOS ERNESTO BARRETO-SIERRA a/k/a "Santiago"**

did, knowingly, intentionally, combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, including co-conspirators not indicted herein, to commit the following offenses against the United States: to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending or knowing that it would be unlawfully imported into the United States from the Republics of Colombia, Panama, and Nicaragua, and from elsewhere outside of the United States, in violation of Title 21, United States Code, Sections 959 and 960.

All in violation of Title 21, United States Code, Section 963; in conjunction with Title 21, United States Code, Sections 959(a)(1) and 960, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:   /s/ John M. Gillies
      John M. Gillies
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice
      1400 New York Avenue, N.W.
      Suite 8000
      Washington, DC 20005
      202-307-2354